UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARVIN TATE BROADUS,<br><br>                Plaintiff,<br><br>   v.<br><br>DEPARTMENT OF ADULT AND JUVENILE DETENTION, et al.,<br><br>                Defendant. | CASE NO. 2:21-cv-01720-RSM-BAT<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION, DKT. 15 AND RENOTING DISMISSAL MOTION** |

Plaintiff moves, without opposition, for a six-week extension to respond to Defendants' motion to dismiss, currently noted for April 15, 2022. Dkt. 15. The Court GRANTS the motion, Dkt. 15, and ORDERS:

(1) The Clerk shall renote the motion to dismiss, Dkt. 11, for June 10, 2022.

(2) Plaintiff's response is due no later than June 6, 2022.

(3) The clerk shall provide a copy of this order to the parties.

DATED this 15th day of April, 2022.

                                                                BRIAN A. TSUCHIDA
                                                                United States Magistrate Judge

ORDER GRANTING PLAINTIFF'S MOTION
FOR EXTENSION, DKT. 15 AND
RENOTING DISMISSAL MOTION - 1