UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARVIN TATE BROADUS,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>DEPARTMENT OF ADULT AND JUVENILE DETENTION, et al.,<br><br>　　　　　　Defendant. | CASE NO. 2:21-cv-01720-RSM-BAT<br><br>**ORDER REGARDING PLAINTIFF'S MOTION FOR LEAVE TO AMEND** |

　　　　The Court received a letter dated April 25, 2022 from Plaintiff stating, "Plaintiff asking the court for permission to amend." Dkt. 19. To avoid confusion, the Court ORDERS:

　　　　(1)　　If Plaintiff seeks permission to file an amended complaint, he should file a motion requesting leave to amend and attach the amended complaint. The amended complaint shall underline changes or amendments to the original complaint.

　　　　(2)　　The motion to amend with attached amended complaint shall be filed no later than May 20, 2022, as this case was initiated in December 2021 and the case should move forward, and not be delayed.

　　　　(3)　　Plaintiff is reminded that on March 25, 2022, Defendants filed a motion to dismiss Plaintiff's complaint. Dkt. 11. The Court granted Plaintiff an extension to June 6, 2022 to respond to the dismissal motion. Dkt. 18. Any response to the motion must be filed by June 6,

1 | 2022, unless the Court directs otherwise

2 |     (4) The clerk shall provide a copy of this order to the parties.

3 |     DATED this 4$^h$ day of May, 2022.

```
                                    _____
                                    BRIAN A. TSUCHIDA
                                    United States Magistrate Judge
```

ORDER REGARDING PLAINTIFF'S
MOTION FOR LEAVE TO AMEND - 2