UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARVIN TATE BROADUS,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>DEPARTMENT OF ADULT AND JUVENILE DETENTION, et al.,<br><br>　　　　　　　Defendant. | CASE NO. 2:21-cv-01720-RSM-BAT<br><br>**ORDER DENYING MOTION FOR LEAVE TO AMEND, DKT. 21, WITHOUT PREJUDICE** |

　　　Plaintiff has indicated the desire to amend his complaint. The Court ordered Plaintiff to file a motion to amend complaint **and** attach a proposed amended complaint so the Court can review it and Defendant can respond to the motion.

　　　Despite the Court's order, Plaintiff filed a second motion on May 5, 2022 stating he moves to amend his complaint. No grounds are given and a proposed amended complaint was not attached. *See* Dkt. 21.

　　　The Court therefore ORDERS:

　　　(1)　　Plaintiff's motion to amend, Dkt. 21, is DENIED without prejudice.

　　　(2)　　If Plaintiff seeks permission to file an amended complaint, he should file a motion requesting leave to amend containing an explanation for the amendment, **and** attach the proposed amended complaint. The amended complaint shall underline changes or amendments to the

ORDER DENYING MOTION FOR LEAVE
TO AMEND, DKT. 21, WITHOUT
PREJUDICE - 1

original complaint. The amended complaint replaces the original complaint and Plaintiff should include all claims and factual assertions in the amended complaint.

(2) The motion to amend with attached amended complaint shall be filed no later than May 24, 2022, as this case was initiated in December 2021 and the case should move forward, and not be delayed.

(3) Plaintiff is reminded that on March 25, 2022, Defendants filed a motion to dismiss Plaintiff's complaint. Dkt. 11. The Court granted Plaintiff an extension to June 6, 2022 to respond to the dismissal motion. Dkt. 18. Any response Plaintiff wished to file to the dismissal motion must be filed by June 6, 2022, unless the Court directs otherwise

(4) The clerk shall provide a copy of this order to the parties.

DATED this 10$^h$ day of May, 2022.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge