UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARVIN TATE BROADUS,<br><br>          Plaintiff,<br><br>     v.<br><br>DEPARTMENT OF ADULT AND JUVENILE DETENTION, et al.,<br><br>          Defendant. | CASE NO. 2:21-cv-01720-RSM-BAT<br><br>**ORDER REGARDING PLAINTIFF'S MOTION FOR EXTENSION (DKT. 30).** |

On March 24, 2022, Defendants moved to dismiss Plaintiff's civil rights complaint. Dkt. 11. Plaintiff has moved for and been granted a series of extensions. Plaintiff's most recently moved on June 8, 2022 for an extension to June 20, 2022. Dkt. 30.

The Court has reviewed the record and the motion and ORDERS:

1. Plaintiff's motion for extension, Dkt. 30, is STRICKEN as moot, because the Court has already granted Plaintiff leave to file an amended complaint, reset the due dates of Defendants' motion to dismiss, and reset the due date of any response by Plaintiff to that motion for dismissal.

2. As earlier ordered, Defendants' motion to dismiss has been renoted (with leave to amend the motion in view of the amended complaint) for July 15, 2022, and any response from Plaintiff to that motion must be filed by July 11, 2022.

ORDER REGARDING PLAINTIFF'S MOTION FOR
EXTENSION (DKT. 30). - 1

8. The clerk shall provide a copy of this order to the parties.

DATED this 30th day of June, 2022.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge