UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARVIN TATE BROADUS,

              Plaintiff,

   v.

DEPARTMENT OF ADULT AND JUVENILE DETENTION, et al.,

             Defendant.

CASE NO. 2:21-cv-01720-RSM-BAT

**ORDER OF DISMISSAL**

Having reviewed the Report and Recommendation of the assigned United States Magistrate Judge, any objections or responses, and the remaining record, the Court finds and ORDERS:

    (1)    The Court ADOPTS the Report and Recommendation.

    (2)    The case is dismissed with prejudice.

    (3)    The Clerk is directed to send copies of this Order to the parties.

DATED this 8th day of August, 2022.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE